UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jonell Markita Tanay Ojeda**                       **Docket No. 5:23-CR-300-2BO**

**Petition for Action on Probation**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonell Markita Tanay Ojeda, who, upon entering a plea of guilty to Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. §§1349 and 1341, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 15, 2024, to 5 years' probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At sentencing, the Court ordered that the payments of restitution ($98,537.07) and special assessment ($100) shall be due and payable in full immediately. A repayment amount was not established by the Court at that time. On July 25, 2024, the undersigned probation officer met with Ojeda and conducted a review of her financial documents. As a result, it was determined that she can make monthly payments in the amount of $25 beginning September 15, 2024.

Additionally, during processing on July 25, 2024, Ojeda submitted to a urinalysis that field tested positive for marijuana. Ojeda admitted to last using marijuana on July 13, 2024, and signed an admission of drug use form. The sample was packaged for shipment to Abbott Laboratories for confirmation. As Ojeda admitted to using prior to her placement on probation, it is respectfully recommended that the defendant's term of probation be modified to allow the defendant a chance to participate in a course of substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall pay installments of $25 per month beginning September 15, 2024, and continuing each month thereafter until satisfaction of the balance due. The probation officer shall continue to monitor the defendant's ability to pay and shall notify the Court of any needed modifications of the payment schedule.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Jonell Markita Tanay Ojeda
Docket No. 5:23-CR-300-2BO
Petition For Action
Page 2

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: July 29, 2024

## ORDER OF THE COURT

Considered and ordered this __29__ day of __July__, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge