# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jonell Markita Tanay Ojeda**　　　　　　　　　**Docket No. 5:23-CR-300-M**

### Petition for Action on Probation

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonell Markita Tanay Ojeda, who, upon an earlier plea of guilty to Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. §§1349 and 1341, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 15, 2024, to 5 years probation under the conditions adopted by the court.

A Petition for Action on Probation was submitted to the Court after the defendant tested positive for marijuana and setting a monthly restitution repayment amount. On January 29, 2024, the Court approved the petition requiring Ojeda to participate in an approved course of substance abuse therapy and setting monthly restitution payments.

On February 12, 2026, this case was reassigned to Chief U.S. District Court Judge, Richard E. Myers II.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At sentencing, the Court ordered that restitution ($98,537.07) and special assessment ($100) shall be due and payable in full immediately. Monthly payments were not established by the Court at that time. On July 25, 2024, the undersigned probation officer met with Ojeda and conducted a review of her financial documents. As a result, it was determined that she could make monthly payments in the amount of $25 beginning September 15, 2024.

Since October 2024, Ojeda has maintained continuous employment at a local restaurant. As such, in December 2025, a yearly financial review was completed, revealing Ojeda can make larger monthly restitution payments. On January 6, 2026, the defendant signed a Waiver of Hearing agreeing to increase her monthly payments to $50 per month.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall pay restitution in installments of $50 per month during the remaining course of her supervision. The probation officer shall continue to monitor the defendant's ability to pay and shall notify the court of any needed modification of the payment schedule.

Except as herein modified, the judgment shall remain in full force and effect.

Jonell Markita Tanay Ojeda
Docket No. 5:23-CR-300-M
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: February 13, 2026

**ORDER OF THE COURT**

Considered and ordered this _____19th_____ day of _____February_____, 2026, and ordered filed and
made a part of the records in the above case.

Richard E Myers II

Richard E. Myers II
Chief United States District Judge